FILED

06/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0334

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0334

STATE OF MONTANA,

Plaintiff and Appellee,

v.

CECIL LEE RUSSELL,

Defendant and Appellant.

**ORDER**

Upon consideration of the State's Motion to Supplement the Record on Appeal, submitted by the Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted and the Clerk of the Eleventh Judicial District Court, Flathead County, shall certify and transmit the document entitled "Notice of Filing of Valid Judgment" from cause No. DV-19-273(B) to supplement the record on appeal.

RB

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 9 2020